IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERMINE BYFIELD,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 18-0243** |
| **HEALTHCARE REVENUE RECOVERY** : | |
| **GROUP, LLC, et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

**AND NOW**, this _28th____ day of June, 2018, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Parties shall brief the Court on whether the Motor Vehicle Financial Responsibility Law's Act 6 Reduction applies. The briefs shall not exceed **ten (10) double-spaced pages**. The briefs shall be filed on or before **Monday, August 27, 2018**. No response briefs will be permitted;

2. The Parties shall conduct limited discovery to determine the number of Pennsylvania residents who Defendant Healthcare Revenue Recovery Group, LLC sent a letter to on or before January 19, 2018 on behalf of Nazareth Hospital. The parties shall meet and confer to address the scope of the discovery. The discovery deadline is **Wednesday, August 29, 2018**; and

3. The Parties shall provide a status update in writing to the Court on or before **Monday, August 27, 2018**. The letter(s) may be faxed to Chambers at (267) 299-5072.

> **BY THE COURT:**
> **/s/ Petrese B. Tucker**
> _____
> **Hon. Petrese B. Tucker, U.S.D.J.**