# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**PHILADELPHIA OFFICE**
*One Penn Center*
*1617 John F. Kennedy Boulevard*
*Suite 1010*
*Philadelphia, PA 19103*
*(215) 564-6688 Fax: (215) 564-2526*

*Cecil J. Jones*
Member NJ & PA Bars
(215) 832-4229
CJones@moodklaw.com

May 12, 2021

**VIA EMAIL:  chambers_of_judge_petrese_b_tucker@paed.uscourts.gov**
Honorable Petrese B. Tucker
United States District Court for the
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Suite 16613
Philadelphia, PA 19106

    Re:   **Hermine Byfield v. Healthcare Revenue Recovery Group, LLC, et al**
           **USDC EDPA No.: 2:18-cv-00243-PBT**
           **Our File No.: 447-104777**

Dear Judge Tucker:

    As you may recall, we represent Defendant, Healthcare Revenue Recovery Group, LLC ("HRRG"), in the above-captioned matter. Please accept this correspondence as a brief status update in accordance with the Court's April 29, 2021 Order.

    Counsel participated in a telephonic Settlement Conference before Magistrate Judge Henry S. Perkin on May 5, 2021. The Parties were available by phone, but did not participate in the telephonic conference. Unfortunately, despite good faith efforts by all counsel and significant time spent in consultation with Magistrate Judge Perkin, the Parties were unable to amicably resolve their dispute. The Parties will now be moving forward with discovery in accordance with the Court's current Scheduling Order.

    Thank you for Your Honor's consideration and attention to this matter. Please contact the undersigned at your convenience if the Court has any questions or further directives.

                        Respectfully submitted,

                        **MARKS, O'NEILL, O'BRIEN,**
                        **DOHERTY & KELLY, P.C.**

                        ***/s/ Cecil J. Jones***
                        Cecil J. Jones, Esquire

/cjj
  cc:     All Counsel of Record (*via ECF email*)