IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERMINE BYFIELD | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 18-243 |
| | : | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC | : | |
|     Defendant | | |

## ORDER

Following upon the unrecorded telephone conference of November 29, 2021, it is hereby **ORDERED** that counsel for the parties shall submit a joint status letter **on or before noon January 4, 2022.** A status conference will be held on **Thursday, January 6, 2022 at 4:00p.m.** Counsel for the parties shall dial into Chambers bridge at 888.363.4735; Access Code – 6728493.

BY THE COURT:

Date: November 30, 2021

  /s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE