IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HERMINE BYFIELD,

                              **Plaintiff,**

   v.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC; and DOES 1 through 10, inclusive,

                          **Defendants.**

**CIVIL ACTION
NO. 2:18-cv-00243-PBT**

## STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION

AND NOW, this 7th day of December, 2021, it is hereby stipulated and agreed by Plaintiff,

Hermine Byfield, and Defendant, Healthcare Revenue Recovery Group, LLC ("HRRG"), subject

to the Court's approval, that Defendant HRRG may have until December 14, 2021, to file a

dispositive motion.

*/s/ Arkady Eric Rayz*
Arkady "Eric" Rayz, Esquire
Kalikhman & Rayz, LLC
1051 County Line Road, Suite "A"
Huntingdon Valley, PA  19006
215-792-2963
erayz@kalraylaw.com
*Counsel for Plaintiff*

*/s/ Cecil J. Jones*
Cecil J. Jones, Esquire
Marks, O'Neill, O'Brien Doherty & Kelly
1617 JFK Boulevard, Suite 1010
Philadelphia, PA 19103
215-564-6688
cjones@moodklaw.com
*Counsel for Defendant*

                              **IT IS SO ORDERED.**

                              **BY THE COURT:**

                              _____

                              **PETRESE B. TUCKER, J.**