IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERMINE BYFIELD | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 18-243 |
| | : | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC | : | |
| Defendant | | |

### NOTICE

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Wednesday, May 11, 2022 at 9:30 a.m.** Counsel for the parties shall dial into Chambers bridge at 888.363.4735; Access Code – 6728493.

   /s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   May 6, 2022

-Notice filed via ECF