# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERMINE BYFIELD,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 18-0243** |
| **HEALTHCARE REVENUE RECOVERY** : | |
| **GROUP, LLC,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 22nd day of June 2022, upon consideration of Defendant's Motion for Leave to File Reply Brief (ECF No. 65), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.