# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMINE BYFIELD,<br><br>    *Plaintiff,*<br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC., et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 18-243 |

## ORDER

**AND NOW**, this 8th day of May, 2023, it is hereby **ORDERED** that **ORAL ARGUMENT** on the Motion for Summary Judgment (ECF 57) filed by Healthcare Revenue Recovery Group, LLC has been scheduled for **THURSDAY, MAY 25, 2023 at 10:00 a.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                 BY THE COURT:


                 */s/ Gerald J. Pappert*
                 GERALD J. PAPPERT, J.