IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMINE BYFIELD, *Plaintiff,* v. HEALTHCARE REVENUE RECOVERY GROUP, LLC, *Defendant.* | CIVIL ACTION NO. 18-243 |

## ORDER

**AND NOW**, this 23rd day of May, 2023, given counsels' letter of May 23, 2023, (ECF 78), it is hereby **ORDERED** that:

1) The case is referred to Magistrate Judge Elizabeth Hey for settlement. Counsel shall promptly contact Judge Hey to schedule a settlement conference.

2) Oral Argument on HRRG's Motion for Summary Judgment (ECF 57) is **rescheduled** to **Thursday, June 29, 2023 at 10:00 a.m. in Courtroom 11-A.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.