IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMINE BYFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 2:18-cv-00243-GJP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE DISMISSAL OF THIS ACTION AND <u>REOPEN THE PROCEEDINGS</u>**

Defendant, Healthcare Revenue Recovery Group, LLC ("HHRG" or "Defendant"), by and through its undersigned counsel, hereby submits its Opposition to Plaintiff Hermine Byfield's ("Plaintiff"), Motion to Vacate the Dismissal of this Action and Reopen the Proceedings ("Plaintiff's Motion").  (Doc. 87).

Plaintiff agreed to settle her claims against Defendant in this case. On June 12, 2023, this Court dismissed this case with prejudice pursuant to Local Civil Rule 41.1(b) ("Rule 41.1(b) Order").  (Doc. 84).  On July 21, 2023  Plaintiff signed a "General Release and Settlement Agreement" regarding her claims against Defendant.

Plaintiff's current counsel has filed Plaintiff's Motion in which Plaintiff seeks to vacate the Rule 41.1(b) Order and allow Plaintiff to file a Rule 11(c) sanctions Motion.  (Doc. 87).  This case should not be re-opened and the settlement should not be disrupted.  It is Defendant's position that this action is not the proper proceeding for Plaintiff's requested relief.  Plaintiff should address any alleged grievance with her counsel, Eric Rayz, in a separate proceeding and not under this

caption. Defendant respectfully submits that this Court should close the action filed under this caption and leave in place the settlement involving Plaintiff and Defendant

For all of the foregoing reasons, Plaintiff's Motion should be denied.

Respectfully Submitted,

**MARKS O'NEILL O'BRIEN DOHERTY & KELLY PC**

By: /s/ Craig J. Renitsky
CRAIG J. RENITSKY, ESQUIRE
1617 John F. Kennedy Blvd.
Ste. 1010
Philadelphia, PA 19103
215-564-6688
crenitsky@moodklaw.com
Attorneys for Defendant Healthcare Revenue Recovery Group, LLC

Dated: September 20, 2023