# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMINE BYFIELD,<br><br>                *Plaintiff,*<br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC., et al.,<br><br>                *Defendants.* | CIVIL ACTION<br>NO. 18-243 |

## ORDER

**AND NOW**, this 22nd day of September, 2023, following a telephone conference with the parties (ECF 91), it is hereby **ORDERED** that an **EVIDENTIARY HEARING AND ORAL ARGUMENT** will be held on Plaintiff's Motion to Vacate the dismissal of this case (ECF 87) on **TUESDAY, OCTOBER 3, 2023 at 1:00 p.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Given the above, the Order initially scheduling Oral Argument (ECF 89) is **VACATED**.

                                                                           BY THE COURT:

                                                        */s/ Gerald J. Pappert*
                                                        GERALD J. PAPPERT, J.