**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HERMINE BYFIELD,

                  *Plaintiff,*

   v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC., et al.,

                 *Defendants.*

CIVIL ACTION
NO. 18-243

**ORDER**

    **AND NOW**, this 6th day of October, 2023, it is hereby **ORDERED** that the

**SHOW CAUSE HEARING** originally scheduled for October 17, 2023, in the Court's

October 5 Order (ECF 99) has been **RESCHEDULED** to <u>**TUESDAY, OCTOBER 10,**</u>

<u>**2023 at 2:00 p.m.,**</u> before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on

the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia,

PA 19106.

                               BY THE COURT:


                               <u>***/s/ Gerald J. Pappert***</u>
                               GERALD J. PAPPERT, J.