IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERMINE BYFIELD, *Plaintiff,* v. HEALTHCARE REVENUE RECOVERY GROUP, LLC, *Defendant.* | CIVIL ACTION NO. 18-243 |

## ORDER

**AND NOW**, this 31st day of October, 2023, upon consideration of the Motion to Vacate the Dismissal of this Action and Reopen the Proceedings (ECF 87), Defendant's Opposition to the Motion to Vacate the Dismissal (ECF 88), Mr. Rayz's Letter (ECF 93), all exhibits to the submissions, the Oral Argument and Evidentiary Hearing Regarding the Motion to Vacate (ECF 97), the Order requiring Mr. Sansoni to show cause why he should not be sanctioned (ECF 99), Mr. Sansoni's Response to the Show Cause Order (ECF 103), and the Show Cause Hearing (ECF 104), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum, Daniel Sansoni shall pay $1,000 into the Court's registry **on or before November 30, 2023.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.